and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

E. J. KELLER COMPANY, INC., Respondent, v. PHILIP BRENNER, Doing Business under Trade Name, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

SAMUEL H. LUMMIS, Appellant, v. OAKLEY STATE BANK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

SAMUEL GERST, Respondent, v. J. H. & C. K. EAGLE, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

JOSEPH ZUBOW, Appellant, Respondent, v. SOLOMON GREENBERG, Respondent, Appellant, Impleaded with ADAMS & COMPANY, INC., Respondent, and Others, Defendants.— Order affirmed, without costs. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

THE NORTHERN ASSURANCE COMPANY, LTD., Respondent, v. NIAGARA FIRE INSURANCE COMPANY, Appellant.— Order modified as stated in order and as so modified affirmed, without costs. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of the Voluntary Dissolution of the SOCIETY OF JUSTICE, INC. (a Membership Corporation), Appellant. THE ATTORNEY-GENERAL OF THE STATE OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.* Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

C. ALEXOPOULOS FRERES, INC., Respondent, v. NEMOURS TRADING CORPORATION, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, on condition that defendant pay the costs of the action to date to be taxed; the date of issue to remain the same, and the cause to retain its place upon the trial calendar of the court; with leave to plaintiff, if it so desires, to discontinue the action without payment of costs. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

LEON ROSENFELD, Appellant, v. MINNIE ROSENFELD, Respondent.— Order modified by striking out the provision for alimony, and as so modified affirmed, without costs. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

DAVID TRIVERS and Another, Copartners, etc., Appellants, v. AL BASSET, Doing Business under the Firm Name, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

RAYMOND GUEDE COGHLAN, Respondent, v. CHARLES FRANCIS JENKINS and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

---

* See Gen. Corp. Law, § 178, as amd. by Laws of 1909, chap. 240; Id. § 312.— [REP.